# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:10cv023580-Civ-UU

| | |
|---|---|
| MOTOROLA MOBILITY, INC., <br><br>    Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br>    Defendant. | **JURY TRIAL DEMANDED** |
| APPLE INC., <br><br>    Counterclaim Plaintiff, <br><br> v. <br><br> MOTOROLA, INC. and <br> MOTOROLA MOBILITY, INC., <br><br>    Counterclaim Defendants. | |

**STIPULATION FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF APPLE INC. TO AMEND ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**

**STIPULATION**

Apple Inc. ("Apple") and Motorola Inc. and Motorola Mobility, Inc. ("Motorola") jointly submit this Stipulation regarding the filing of Apple's amended answer, affirmative defenses, and counterclaims.

WHEREAS, on October 6, 2010, Motorola filed a Complaint against Apple (DI 1).

WHEREAS, on November 18, 2010 Apple filed its Answer, Affirmative Defenses, and Counterclaims (DI 17).

WHEREAS, on December 13, 2010 Motorola filed its Answer, Reply, and Counterclaims to Apple's Counterclaims (DI 26).

WHEREAS, on January 6, 2011, Apple filed its Answer to Motorola's Counterclaims (DI 33).

WHEREAS, this Court's February 2, 2011 Order permits amendment of the pleadings until March 18, 2011 (DI 45).

WHEREAS, Motorola does not object to Apple's filing of its Amended Answer, Affirmative Defenses, and Counterclaims.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), and Local Rule 15.1, IT IS HEREBY STIPULATED AND AGREED, by and between Motorola and Apple that:

1. Motorola consents to the filing of Apple's Amended Answer, Affirmative Defenses, and Counterclaims.

2. Apple's Amended Answer, Affirmative Defenses, and Counterclaims shall be deemed timely filed and served at the time of their filing and service on March 18, 2011, accompanying this Stipulation.

- 2 -

Dated: March 18, 2011                                        Respectfully submitted,

| | |
|---|---|
| */s/ Edward M. Mullins*_____<br>Edward M. Mullins<br>emullins@astidavis.com<br>Hal M. Lucas<br>hlucas@astidavis.com<br>Astigarrage Davis Mullins & Grossman, P.A.<br>701 Brickell Avenue, 16th Floor<br>Miami, FL 33131<br>Telephone: (305) 372-8282<br>Facsimile: (305) 372-8202<br><br>*Attorneys for Motorola Mobility, Inc. and Motorola, Inc.* | */s/ Christopher R. J. Pace*_____<br>Christopher R. J. Pace<br>christopher.pace@weil.com<br>Edward Soto<br>WEIL, GOTSHAL & MANGES LLP<br>1395 Brickell Avenue, Suite 1200<br>Miami, FL 33131<br>Telephone: (305) 577-3100<br>Facsimile: (305) 374-7159<br><br>*Attorneys for Apple Inc.* |
| *Of Counsel:*<br>Mark D. Baker<br>markbaker@quinnemanuel.com<br>Edward J. DeFranco<br>eddefranco@quinnemanuel.com<br>Alexander Rudis<br>alexanderrudis@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Charles K. Verhoeven<br>charlesverhoeven@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>David A. Nelson<br>davenelson@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>500 West Madison Street, Suite 2450<br>Chicago, IL 60661<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401 | *Of Counsel:*<br>Matthew D. Powers<br>matthew.powers@weil.com<br>Steven S. Cherensky<br>steven.cherensky@weil.com<br>Jill J. Ho<br>jill.ho@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>Mark G. Davis<br>mark.davis@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>1300 Eye Street, N.W., Suite 900<br>Washington, DC 20005<br>Telephone: (202) 682-7000<br>Facsimile: (202) 857-0940<br><br>Robert T. Haslam<br>rhaslam@cov.com<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone:  (650) 632-4700<br>Facsimile:  (650) 632-4800 |

- 3 -

| | |
|---|---|
| *Attorneys for Motorola Mobility, Inc. and Motorola, Inc.* | Robert D. Fram<br>rfram@cov.com<br>Christine Saunders Haskett<br>chaskett@cov.com<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br><br>*Attorneys for Apple Inc.* |